IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MCKESSON SPECIALTY CARE
DISTRIBUTION JOINT VENTURE,
L.P., a Delaware corporation, f/k/a
ONCOLOGY THERAPEUTICS
NETWORK JOINT VENTURE, L.P.,

    Plaintiff,

vs.                                       CASE NO. 5:11-cv-198/RS-GRJ

FERNANDO C. MALAMUD, M.D., P.A.,
d/b/a PANHANDLE CANCER CTR.,
a Florida corporation, et al.,

    Defendants.
_____ /

## ORDER

The relief requested in the Second Consent Motion for Extension of Time for Defendants to File a Responsive Pleading (Doc. 13) is **GRANTED**. The responsive pleading shall be filed not later than August 18, 2011.

**ORDERED** on August 11, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**