IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MCKESSON SPECIALTY CARE
DISTRIBUTION JOINT VENTURE,
L.P., a Delaware corporation, f/k/a
ONCOLOGY THERAPEUTICS
NETWORK JOINT VENTURE, L.P.,

    Plaintiff,

vs.                              CASE NO. 5:11-cv-198/RS-GRJ

FERNANDO C. MALAMUD, M.D., P.A.,
d/b/a PANHANDLE CANCER CTR.,
a Florida corporation, and FERNANDO
C. MALAMUD, M.D., individually,

    Defendants.
_____ /

## ORDER

Before me is the Joint Motion to Dismiss (Doc. 22).  Pursuant to N.D. Fla. Loc. R. 16.2,

**IT IS ORDERED**:

1. The case is **dismissed with the prejudice**.

2. In the event that the settlement is not consummated, the court reserves jurisdiction, upon motion filed by any party within sixty days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

3. The clerk is directed to close the file of this case for administrative purposes, and upon the expiration of sixty days without activity, the clerk is direct to close the case in its entirety for all purposes.

**ORDERED** on September 20, 2011.

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
